USMS
Screened

**UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS**

JEAN NICANOR JANVIER, ) Plaintiff/Petitioner, ) ) v. ) Civil Action No. _____ ) COMMONWEALTH OF MASSACHUSETTS, ) BOSTON MUNICIPAL COURT, ) DORCHESTER DIVISION, ) HAROLD KIRKLAND JR., ) HAROLD KIRKLAND SR., ) OFFICER GONZALEZ, ) OFFICER CRESPO, ) SERGEANT MACDONALD, ) OFFICER RODRIGUEZ, ) OFFICER P. CHAMPAIGNE, ) SEAN ROONEY, ) OFFICER MARCINKEVICIUS, ) OFFICER BAKER, ) MICHAEL KELLEY, ) SGT. MCDONOUGH, ) OFFICER KAMARA, ) BRIAN MILLER, ) Defendants. )

## ¡ Notice ¡ TO REMOVE CASE TO FEDERAL COURT

NOW COMES the Plaintiff, Jean Nicanor Janvier, and respectfully moves this Honorable Court to accept removal of the ongoing matters pending in the Boston Municipal Court, Dorchester Division, including the active Harassment Prevention Orders and all associated criminal charges, on the basis of constitutional violations and federal jurisdiction under 28 U.S.C. § 1443 and 42 U.S.C. § 1983.

### I. GROUNDS FOR REMOVAL

1. The active Harassment Prevention Orders (Docket Nos. 2007RO1309 and 2007RO1308) fail to meet the statutory requirements under M.G.L. c. 258E, lacking the necessary three separate incidents.
2. The enforcement of these orders has resulted in multiple false arrests of Plaintiff on his own property, in violation of the Fourth and Fourteenth Amendments of the United States Constitution.
3. The HPO does not specify limitations on the Plaintiff's movement on his private property, and enforcement has resulted in the deprivation of his property and liberty interests.
4. State proceedings have demonstrated bias and ongoing deprivation of civil rights, warranting federal intervention.

WHEREFORE, Plaintiff respectfully requests removal of all related state proceedings to the United States District Court for the District of Massachusetts.

# SUPPLEMENTAL CIVIL COMPLAINT UNDER 42 U.S.C. § 1983 AND STATE TORT CLAIMS

Plaintiff, Jean Nicanor Janvier, brings additional claims against Defendants Harold Kirkland Jr. and Harold Kirkland Sr. as follows:

### I. CAUSES OF ACTION

**Count I – Intentional Infliction of Emotional Distress**

Defendants have continuously subjected Plaintiff to emotional distress through baseless complaints, false accusations, and repeated calls to law enforcement and animal control to harass the Plaintiff.

**Count II – Defamation of Character**

Defendants made numerous false statements to police and the court implying criminal behavior by Plaintiff. These statements were made publicly and maliciously, resulting in reputational harm.

**Count III – False Arrest and Malicious Prosecution**

Plaintiff was arrested on false claims that he violated an HPO without evidence or probable cause, solely based on unsubstantiated statements by the Defendants.

**Count IV – Abuse of Process**

Defendants have weaponized the legal system and police enforcement to continue a personal vendetta, misusing legal processes to harass Plaintiff and interfere with his liberty and property rights.

**Count V – Violation of Civil Rights (42 U.S.C. § 1983)**

All state actors involved acted under color of law to deprive Plaintiff of his constitutional rights without due process, probable cause, or proper legal justification.

## II. DAMAGES

Plaintiff seeks: - **$300,000 in compensatory damages** for emotional distress, reputational harm, false arrest, and loss of liberty. - **$500,000 in punitive damages** for the egregious, intentional, and malicious conduct of the Defendants, including the misuse of public authority. - **$100,000 in special damages** to cover legal expenses, future mental health treatment, and related costs. - **Total damages sought: $900,000.** - Declaratory relief invalidating the current HPOs. - Attorney's fees and costs. - Any other relief the Court deems just and proper.

Respectfully submitted,
**Jean Nicanor Janvier**
[Address]
[Phone]
[Email]
Date: _____